**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JACOB H. LEIBY,                          : No. 489 MAL 2014
                                         :
        Petitioner            :
                                         : Petition for Allowance of Appeal from the
                                         : Order of the Superior Court
      v.                       :
                                         :
                                         :
                                         :
GERALD B. WEIDMAN AND TRAUTE R.          :
WEIDMAN,                                 :
                                         :
        Respondents           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.